Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 84–494. NATIONAL LABOR RELATIONS BOARD v. MACHINISTS LOCAL 1327, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, DISTRICT LODGE 115, ET AL. C. A. 9th Cir. Motion of respondents Lapinski et al. to expedite consideration of this case and No. 84–528, Lapinski v. Machinists Local 1327, and to consolidate with No. 83–1894, Pattern Makers' League of North America v. NLRB [certiorari granted, ante, p. 814], denied.

No. 84–5029. PALENO v. QUINN, INSURANCE COMMISSIONER OF CALIFORNIA, ante, p. 812. Motion of appellant for reconsideration of order denying leave to proceed in forma pauperis denied.

No. 84–5108. LIPAROTA v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, ante, p. 930.] Motion for appointment of counsel granted, and it is ordered that William T. Huyck, Esquire, of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.

No. 84–478. IN RE EGLE. C. A. 5th Cir. Petition for writ of common-law certiorari denied.

No. 84–497. RUCKELSHAUS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY v. UNION CARBIDE AGRICULTURAL PRODUCTS CO. ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 84–476. MCDONALD v. SMITH. C. A. 4th Cir. Certiorari granted.

No. 84–320. NATIONAL FARMERS UNION INSURANCE COS. ET AL. v. CROW TRIBE OF INDIANS ET AL. C. A. 9th Cir. Motion of respondents LeRoy Sage and Flora Not Afraid for leave to proceed in forma pauperis and certiorari granted.

No. 84–351. ATASCADERO STATE HOSPITAL ET AL. v. SCANLON. C. A. 9th Cir. Motion of respondent for leave to